UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| LINDA S. SISCO, | Case No. 3:09-cv-5708-KLS |
| Plaintiff, | |
| vs. | ORDER OF REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED and ADJUDGED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II of the Social Security Act and for Supplemental Security Income disability benefits under Title XVI of the Social Security Act is REVERSED and REMANDED for further administrative proceedings including a de novo hearing under sentence four of 42 U.S.C. § 405(g). The ALJ will perform any further development and conduct any further proceedings deemed necessary. The ALJ and Plaintiff may also raise and pursue additional issues, including any discussed in Plaintiff's brief. The parties stipulate that this remand is made pursuant to

sentence four of 42 U.S.C. § 405(g), and that Plaintiff will be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412 (d), upon proper request to this Court.

DATED this 21st day of April, 2010.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ David R. Johnson
DAVID R. JOHNSON            WSB# 22269
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-2545
FAX:  (206) 615-2531
david.r.johnson@ssa.gov