U.S. District Court Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LINDA SISCO, | CIVIL NO. C09-5708KLS |
| Plaintiff, | AGREED ORDER RE EAJA FEES AND EXPENSES |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the Stipulation of the parties, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $3,375.90, expenses in the sum of $18.45, and costs in the sum of $350 pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412. The check(s) shall be mailed to Plaintiff's attorney's office: <u>Jeanette Laffoon, 410-A South Capitol Way, Olympia, WA  98501</u>. Any assignment of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

DATED: May 18, 2010.

Karen L. Strombom
United States Magistrate Judge

AGREED ORDER RE EAJA FEES    - Page 1
[C09-5708KLS]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

Presented by:

/s/ Jeanette Laffoon
JEANETTE LAFFOON, WSB #30872
Attorney for Plaintiff


Approved for entry,
Notice of presentation waived:


/s/ David R. Johnson
DAVID R. JOHNSON, WSBA #22269
Special Assistant U.S. Attorney
Attorney for Defendant
*(signed per email agreement)*

## CERTIFICATE OF ELECTRONIC FILING:

This is to certify that I electronically filed the foregoing Agreed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David R. Johnson
Special Asst. U.S. Attorney
Office of General Counsel
701 5th Avenue, Suite 2900, MS/901
Seattle, WA  98104-7075
David.R.Johnson@ssa.gov

Phil Lynch
Asst. U.S. Attorney
Department of Justice
U.S. Attorney's Office
700 Stewart Street, Ste 5220
Seattle, WA  98101-1271
Phil.lynch@usdoj.gov

I hereby certify that I have mailed by United States Postal Service foregoing Agreed Order Re EAJA Fees and its attachments to the following non-CM/ECF participants:

    NONE

AGREED ORDER RE EAJA FEES   - Page 2
[C09-5708KLS]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

1 | DATED: May 17, 2010

/s/ Dawn Krech
Dawn Krech, Legal Assistant
MADDOX & LAFFOON, P.S.
mcdkrech@comcast.net

AGREED ORDER RE EAJA FEES   - Page 3
[C09-5708KLS]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276